IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB CO., | ) | |
| E. R. SQUIBB & SONS, L.L.C., | ) | |
| ONO PHARMACEUTICAL CO., LTD., and | ) | |
| TASUKU HONJO, | ) | |
| | ) | C.A. No. 15-572-GMS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC. and | ) | |
| MERCK SHARP & DOHME CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN G. DAY

I, John G. Day, hereby declare as follows:

1.      I am an attorney admitted to practice in the State of Delaware, and am a member of the law firm of Ashby & Geddes.

2.      I am familiar with the facts and circumstances stated in this Declaration and respectfully submit this Declaration and accompanying documents in support of Defendants' Motion to Dismiss.  I make this declaration of my own personal knowledge or based on the existing litigation records, and if called as a witness, could competently testify thereto.

3.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,779,105.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Yosutoshi Agata *et al.*, "Expression of PD-1 Antigen on the Surface of Stimulated Mouse T and B Lymphocytes," 8 Int'l Immunol. 765 (1996).

5.      Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,808,710.

{01038965;v1 }

6.      Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,897,862.

7.      Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,051,227.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Yoshiko Iwai et al., "Microanatomical Localization of PD-1 in Human Tonsils," 83 Immunol. Lett. 215-20 (2002).

9.      Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Objections and Responses to Defendants' Second Set of Requests for Admission, Jul. 1, 2015, *Bristol-Myers Squibb Co. v. Merck & Co., Inc.*, C.A. 14-cv-1131-GMS (D. Del.).

10.     Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent Application Publication No. 2002/0164600.

11.     Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 7,858,746.

12.     Attached hereto as Exhibit 10 is a true and correct copy of Sandeep Nema et al., "Excipients and Their Use in Injectable Products," 51 PDA J. Pharma. Sci. & Tech. 166 (1997).

13.     Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 7,794,710.

I declare under penalty of perjury that the foregoing is true and correct.  Executed August 28, 2015, in Wilmington, Delaware.

*/s/ John G. Day*

John G. Day