# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:14-cv-01131-GMS |
| BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-cv-00560-GMS |
| BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-cv-00572-GMS |

**DECLARATION OF DR. ULRICH VON ANDRIAN**

I, Ulrich von Andrian, declare as follows:

## I. BACKGROUND

1. I am the Edward Mallinckrodt Jr. Professor of Immunopathology at Harvard Medical School. I received my medical degree from the Ludwig-Maximilians University in Munich, Germany, where I conducted doctorate research on blood-brain barrier dysfunction following brain injury. In 1989, I joined the La Jolla Institute for Experimental Medicine and UCSD as a postdoctoral fellow working with Dr. Karl-E. Arfors. My postdoctoral research involved the development of intravital microscopy techniques that led to the discovery of the multi-step leukocyte adhesion cascade in vivo. After a second postdoctoral fellowship in the laboratory of Dr. Eugene C. Butcher at Stanford University, I joined the Faculty of Harvard Medical School in 1994. I was appointed to my current position in 2006. A true and correct copy of my curriculum vitae is attached as Exhibit A.

2. My scientific research is focused on the regulation and function of immune cells in health and disease. To this end, my laboratory employs intravital microscopy techniques combined with other experimental approaches to study the migration, communication, differentiation and function of immune cells in living animals.

3. A major focus of my laboratory has been the study of the immune system in settings of disease, including infections, autoimmunity, inflammation and cancer. For my work in the cancer field, I have investigated numerous aspects of cancer immunotherapy in animal models of leukemia, multiple myeloma, melanoma, colon cancer and other malignancies. My research on cancer immunobiology has been published in peer-reviewed research articles and in the patent literature. Because of my recognized expertise in the field of immuno-oncology I was invited to join the Scientific Advisory Board of the Cancer Research Institute (CRI), of which I have been a member since 2004. I have also been asked to review research grants in cancer

1

immunology for the National Institutes of Health (NIH), the National Cancer Institute (NCI) and other public and private funding agencies. I serve as a consultant to several biotech companies that are developing novel cancer therapies, including BIND Therapeutics, Blend Therapeutics, SQZ and F-Star. I am also a scientific founder of Selecta Biosciences, Inc. (selectabio.com), a venture-funded biotech company in Watertown, MA, which develops nanomedicines that target the immune system to treat and prevent human diseases, including cancer.

4. I have previously presented expert testimony to the FDA as a consultant for Millennium-Takeda in a December 2013 hearing regarding approval of the monoclonal antibody vedolizumab, a biologic therapy for inflammatory bowel disease.

5. I am being compensated at my usual rate for consultation on patent matters of $950 per hour. My compensation is not dependent on the outcome of this litigation.

6. In forming my opinions and preparing this declaration, I have relied on my professional and academic experience, and the information or materials cited in and attached to this declaration.

## II. SCOPE AND BASES OF OPINIONS

7. I have been asked to explain a number of scientific concepts and certain terms used in the claims and the disclosures of U.S. Patent Nos. 8,728,474, 9,067,999, and 9,073,994 (the "patents in suit"). These concepts and terms include:,[1]

> (a) the role and function of T cells in the immune system;
> (b) cancer, cancer cells, tumors, and tumor metastasis;
> (c) the terms "tumor proliferation" and "tumor metastases" as they are used in the patents in suit; and
> (d) the terms "expresses PD-L1," "expresses PD-L2," "PD-L1 expression," and "PD-L2 expression" (and variants of these terms) as they are used in the patents in suit.

---

[1] I understand that the patents in suit have the same specification and drawings, but have different claims.

2

8. I have been informed that the relevant time frame for making this assessment is between July of 2002 and July of 2003, which is the period during which the patent owners filed the patent applications to which the patents-in-suit claim priority.

9. The meaning of the scientific concepts and terms listed above did not vary during the period July 2002 to July of 2003. In addition, these scientific concepts and terms are basic concepts and terms that would have been familiar to scientists working in a variety of fields, including both immunology, medicine and cancer research. My opinions are based on how persons working in those fields would have understood them.

## III. OPINIONS

### A. Overview of the Immune System and the Role of T Cells

10. Humans and other mammals are able to defend themselves against infection and disease. They do this in different ways, but a significant way is through the actions of the immune system. The following overview of the immune system and the role of T cells is adapted from Janeway's Immunobiology textbook. See, e.g., C. Janeway, Immunobiology 1-33, 93-184, 295-338, 566-577 (5th ed., 2001) (a true and correct copy of which is attached as Exhibit B).

11. The immune system is made up of a variety of types of cells that are able to detect the presence of pathogens or pathologic cells in the body and remove them from the body. Sometimes this occurs by a foreign agent being enveloped by immune system cells and destroyed or carried out of the body. If living host cells have been invaded by a bacterial cell or virus, the immune system cells may target and destroy that infected cell. The immune system can also detect, target, and destroy pathologic cells that have become damaged or genetically mutated. Cancer cells represent one example of such pathologic cells that can be killed by cells of the immune system.

12. One major type of immune system cell is called a T cell. There are several different types of T cells, including helper T cells ($T_H$ cells), regulatory T cells ($T_{reg}$ cells), and cytotoxic T cells ($T_C$ cells).

13. T cells are selective in their response to a pathogen or pathologic cell. T cells recognize particular structures, called antigens, presented on the surface of antigen-presenting cells using receptors on the T cell surface called T cell receptors ("TCRs"). There are hundreds of billions of T cells in the human body and each has a specific TCR on its surface that binds to a single antigen. This wide variety of T cell receptors allows the immune system to respond to a diverse array of pathogens.

14. Prior to encountering its specific antigen, a T cell is considered "naïve." In order to mount a response to a pathologic cell, a T cell must first be activated by another immune system cell called an antigen-presenting cell, which processes the antigen from the pathologic cell and presents the antigen to the T cell.

15. There are at least two steps required to activate a T cell. First, the TCR on the surface of the T cell must bind to a complex on the surface of the antigen-presenting cell that contains the TCR's specific antigen. Second, the T cell must receive a co-stimulatory signal from the antigen-presenting cell. In many cases, full-fledged T cell activation requires that the T cell receives a third signal in the form of a cytokine secreted by the antigen-presenting cell. Once these steps have occurred, the T cell is activated.

16. An activated T cell undergoes a process of differentiation that results in the T cell essentially copying itself over and over again to produce a large number of identical cells that all have the same TCR and therefore target the same antigen. This process is generally referred to as "clonal proliferation." Activation-induced T cell differentiation also reprograms the T cell to

change the way it migrates in the body and to acquire effector functions that are not present in naïve T cells. Such effector functions include the ability to produce proinflammatory cytokines and to kill other cells. Thus, when these activated T cells encounter a pathologic cell bearing the same antigen that was used to activate the T cell, the T cells recognize the pathologic cell and destroy it. This is how activated T cells naturally detect and destroy cancer cells.

17. Activated T cells can cause undesirable effects if their activation and differentiation are not regulated. Autoimmune diseases, for example, can occur when T cells are activated by antigens that also occur naturally in the body. This can lead to the T cells attacking healthy cells. To prevent this undesirable outcome, T cells are regulated via a system of proteins on the T cell surface known generally as inhibitory and stimulatory receptors. These receptors are also called co-receptors because they modulate how a T cell responds to an antigen that it recognizes through its TCR.

18. When stimulatory co-receptors on a naïve T cell are engaged while the T cell encounters an antigen, the T cell becomes and remains activated, and it carries out its effector function (i.e., it produces proinflammatory cytokines and destroys cells bearing that antigen).

19. Inhibitory co-receptors act on T cells that were previously activated. Engagement of inhibitory co-receptors on an activated T cell inhibits the T cell's ability to exert effector functions and places the T cell in an inactive state. This inactive state can be reversible, so T cells can re-acquire effector activity if they encounter an antigen while the inhibitory co-receptor is absent or blocked.

20. Stimulatory and inhibitory co-receptors are engaged at different timepoints during the immune response to pathologic cells, allowing the immune system first to upregulate the T

cell immune response against a pathologic cell, and then downregulate the T cell immune response once the pathologic cells have been destroyed.

21. One such inhibitory receptor is a protein called PD-1. The PD-1 receptor resides on the surface of activated T cells. The PD-1 receptor becomes engaged when one of two proteins, called "ligands," bind to it. The two ligands of PD-1 are called PD-L1 and PD-L2. See Freeman et al., "Engagement of the PD-1 Immunoinhibitory Receptor by a Novel B7 Family Member Leads to Negative Regulation of Lymphocyte Activation," J. Exp. Med. 192(7):1027-1034 (2000) (a true and correct copy of which is attached as Exhibit C); Latchman et al., "PD-L2 is a second ligand for PD-1 and inhibits T cell activation," Nature Immunology 2(3):261-268 (2001) (a true and correct copy of which is attached as Exhibit D).

22. The binding of either PD-L1 or PD-L2 to the PD-1 receptor on an activated T cell causes the T cell to enter an inactive state, thus downregulating the T cell's immune response against its target antigen. See Carter et al., PD-1:PD-L inhibitory pathway affects both $CD4^+$ and $CD8^+$ T cells and is overcome by IL-2, Eur. J. Immunol. 32:634-643, at 641 (2002) (a true and correct copy of which is attached as Exhibit E). The PD-1 receptor is thus sometimes referred to as an immune "checkpoint."

23. PD-L1 and PD-L2 can be produced by a variety of cells in the immune system to control the activity of activated T cells. See Freeman et al. at 1031, 1033; Latchman et al. at 263, 266.

24. PD-L1 and PD-L2 are also produced in tissues that must be protected from the immune system, such as the placenta, to ensure that activated T cells do not attack those vital tissues. See Latchman et al. at 262-263.

25. PD-L1 and PD-L2 can also be produced by cancer cells, which use the ligands to evade recognition and destruction by activated T cells. See Latchman et al. at 263.

### B. Cancer, Cancer Cells, and Tumors

26. Cancer originates from a single cell that has transformed from a normal cell into an abnormal, pathologic cell that proliferates (replicates itself) excessively and invades other tissues. B. Alberts, Molecular Biology of the Cell 1256 (3rd ed., 1994) (a true and correct copy of which is attached as Exhibit F). The progeny of the original transformed cell are called "cancer cells." Alberts at 1256.

27. The body's immune system can often destroy cancer cells. If the cancer cells are particularly aggressive or evade detection by the immune system, they may proliferate sufficiently to form a tumor.

28. A "tumor" generally refers to a swelling of a region of the body, which may be caused by a variety of reasons, including inflammation, infection, or the growth of abnormal cells. Tumors that result from the growth of abnormal cells fall into two general categories: "benign" and "malignant."

29. Benign tumors are made up of abnormal cells that remain confined to otherwise normal tissue. Benign tumors do not spread to other parts of the body and often can be removed by surgery.

30. By contrast, malignant tumors are characterized by the presence and activity of cancer cells, which can spread from the original tumor to form new tumors in other regions of the body. Cancer cells in a malignant tumor proliferate to the point that they invade neighboring tissue and impair the functions of one or more organs. Cancer cells within a malignant tumor also mutate frequently, yielding new generations of cancer cells that are ever more invasive. See Alberts at 1263-64, 1270-71.

31. Both benign and malignant tumors also contain normal cells, including endothelial cells (e.g., the cells that make up blood vessels), stromal cells (e.g., connective tissue cells), immune system cells (e.g., T cells), and dead cells. Alberts at 1258.

32. An individual with a malignant tumor is said to have "cancer." Alberts at 1256. Cancers are classified according to the tissue and cell type from which they arise. For example, carcinomas arise from epithelial (e.g., lung) cells. Within each classification, cancers are further subdivided according to the "specific cell type, location in the body, and the microscopic appearance of the tumor." Alberts at 1256-57.

33. Because cancer arises from the progressive, unchecked growth of the progeny of a single cancer cell, the goal of treatment of a tumor is elimination of the cancer cells. See Harrison's Principles of Internal Medicine 530 (15th ed., 2001) (a true and correct copy of which is attached as Exhibit G).

  C. **"Tumor proliferation"**

34. The phrase "tumor proliferation" is not used or defined in the specification of the patents in suit, but the specification does contain examples that report results in terms of "carcinoma cell growth" (Example 3) and "carcinoma cells proliferation" (Example 5). *Id*. at cols. 20:5-24, 20:38-55, respectively. A carcinoma cell is a type of cancer cell found in epithelial cell tumors, such as those found in patients with lung cancer. Alberts at 1257.

35. As discussed above, the term "proliferation" in the context of a tumor refers to the replication of the cancer cells within the tumor. This process is further illustrated in the diagram below, which demonstrates how cancer cells within a tumor proliferate and invade surrounding tissue:



Alberts at 1262, Figure 24-10(A)-(D).

36. As cancer cells replicate within the tumor, the number of cancer cells within the tumor increases. If left unchecked, cancer cells can proliferate indefinitely, invading other tissues, impairing organ function, and ultimately causing death. See Alberts at 1256-57, 1261-63, 1268.

37. The health risks caused by a tumor are therefore ultimately attributable to the cancer cells in the tumor, which drive the tumor's growth. See Alberts at 1256-57, 1261-63, 1268.

38. Therefore, in the context of the claims and the specification, "tumor proliferation" would be understood to mean an increase in the number of cancer cells in the tumor.

**D.    "Tumor metastasis"**

39. The phrase "tumor metastasis" is not used or defined in the specification of the patents in suit, but when the specification refers to "metastasis," it does so in the context of cancer cells. '474 patent, cols. 11:1-4 ("metastasis of imported carcinoma cells"); 13:11 ("metastasis of B16 melanoma cells").

40. "Metastasis" refers to a process unique to cancer cells that is different than proliferation of cancer cells. Whereas proliferation refers to the unchecked replication of cancer

9

cells, metastasis refers to a process where cancer cells within a primary tumor escape, move to different locations in the body and create secondary tumors at a location apart from the primary tumor site. This process is illustrated in the diagram below:



Alberts at 1269, Fig. 24-16.

41. The process of metastasis begins with cancer cell migration. Some cancer cells in a tumor possess the ability to move and detach from the surrounding cells and extracellular matrix. Mutations in cancer cells can further enhance cancer cell motility and affect attachments between the cancer cells and neighboring cells. When cancer cells detach from their tumor of origin, they are free to spread and invade distant parts of the body. See Alberts at 1256-57, 1269-1270.

10

42. Cancer cells can spread to other parts of the body by two different routes: the circulatory (blood) system and the lymphatic system. Alberts at 1269-70.

43. When cancer cells migrate into blood vessels, they circulate in the blood stream and may spread to any tissue in the body. As cancer cells are often much larger than normal blood cells, they can get stuck in the narrowest microvessels of the circulatory system, the capillaries. Once a blood-borne cancer cell has lodged within a capillary, the cancer cells migrate into the surrounding tissue where they proliferate and form secondary tumors. When cancer cells migrate into lymph vessels, which drain interstitial fluid from peripheral tissues into lymph nodes, they are carried to local draining lymph nodes and can establish new tumors in those organs. See Alberts at 1269-70.

44. Metastasis via either the circulatory or lymphatic system involves a number of distinct steps, in which cancer cells spread from a tumor in one part of the body to another part in the body to form a second tumor. Metastasis occurs by a multistep process, in which cancer cells (1) detach from the primary tumor and move into the vessels; (2) spread to another part of the body via the vessels; and (3) proliferate in that other part of the body to form a second tumor. The process of metastasis is not complete until a secondary tumor, derived from the primary tumor, has developed outside the primary tumor site. Alberts at 1269-70; Taber's Cyclopedic Medical Dictionary 1287 (17th ed., 2001) ("The usual application [of the term metastasis] is to the manifestation of a malignancy as a secondary growth arising from the primary growth at a new location.") (a true and correct copy of which is attached as Exhibit H).

45. These secondary tumors are called "metastases." Alberts at 1256. Because the cancer cells in the metastases originate from the primary tumor, they share the same genetic

signature as cancer cells in the primary tumor. This common genetic origin can be established by routine DNA testing of the cells in the primary and secondary tumors. Alberts at 1258.

46. Detachment of cancer cells from the primary tumor does not itself cause disease, nor does the spread of cancer cells from the primary tumor. For example, nearly all of the cancer cells that detach from a tumor and spread through the circulatory system die, such that a minute fraction of the blood-borne cells ultimately give rise to metastases. Alberts at 1269, Fig. 24-16.

47. Only the cancer cells that ultimately form secondary tumors (i.e., metastases) cause disease because, as with the primary tumor, it is the growth of these secondary tumors that leads to destruction of healthy tissue in their vicinity and it is generally metastases that kill the cancer patient. Alberts at 1256-57.

48. Viewed in the context of the claims and the specification, the term "tumor metastasis" therefore would be understood to mean the development of a tumor derived from the primary tumor at a location outside the primary tumor site.

### E. PD-L1/PD-L2 "Expression" and "Expresses" PD-L1/PD-L2

49. The terms "expression" and "expresses" are not defined in the specification of the patents in suit. In the claims, these terms are used to indicate that the cancer cells are producing ("expressing") PD-L1 or PD-L2 proteins. I base this conclusion on the following observations.

50. First, the claims state that the cancer cells "express" PD-L1 or PD-L2. For example, claim 19 of the '999 patent states: "The method of claim 1, wherein the lung cancer expresses PD-L1."

51. This is significant because, even before the patents, it was known that cancer cells use PD-L1 and PD-L2 to escape destruction by the immune system. See, e.g., Freeman et al. at 1033; Latchman et al. at 266. The cancers do that by producing PD-L1 or PD-L2 proteins, which then bind to PD-1 proteins on the T cells that are trying to destroy them. When that happens, the

12

activity of the T cells is down-regulated. In other words, as it concerns the meaning in the claims, the cancer cells must produce PD-L1 or PD-L2 proteins and present them properly on their own surface to engage the PD-1 protein on T cells and switch off the activated T cells that would otherwise destroy them.

52. Second, the claims and the specification indicate that a technique called immunohistochemistry can be used to detect expression of the PD-L1 and PD-L2 proteins.

53. Immunohistochemistry is an experimental or diagnostic procedure that detects the presence of a protein on the cells that make up tissue. See Janeway at 631. In this procedure, a type of protein called an antibody is used that binds to the protein one wants to detect. The antibody is chemically coupled to a fluorescent dye or an enzyme that converts a colorless substance into a colored substance when other reagents are added. The labeled antibody is incubated with a histological section of the tissue sample and any unbound antibody is washed away. If the particular protein recognized by the antibody is present on the cells that make up the tissue sample, the antibody will bind to those cells and remain there after the unbound antibody is washed away. Deposits of the fluorescent or colored substance on the tissue sample confirm the presence of the protein of interest on the cells that make up the tissue.

54. Several claims in the '999 and '994 patents indicate that expression of PD-L1 or PD-L2 is identified using immunohistochemistry. For example, claim 26 of the '999 patent, which depends from claim 19 of the patent I mentioned earlier, states: "The method of claim 19, wherein the PD-L1 expression is identified by immunohistochemistry." These claims again indicate that one is detecting the PD-L1 or PD-L2 proteins on the cancer cells.

55. Several examples in the patent also show use of the immunohistochemistry technique to detect the presence of proteins of different types on tissue samples. These include:

(i) Example 6 (showing detection of PD-L1 protein on tissue samples using an anti-PD-L1 antibody); (ii) Example 7 (same); (iii) Example 8 (using the technique to show the expression or lack of expression of different proteins on T cells including PD-L1 and PD-1 using different antibodies that bind to each protein). '999 patent, col. 20:60-22:26; '994 patent, col. 20:62-22:30.

56. While other analytical techniques are referenced in the specification, such as RT-PCR and DNA array ('999 patent, col. 11:46; '994 patent, col. 11:47), these methods do not detect protein expression and thus cannot show that a cancer cell is producing the PD-L1 and PD-L2 proteins, which are necessary to effect inhibitory signaling through the PD-1 receptor.

57. Based on how the phrase is used in the claims, the examples in the patent, and how cancer cells produce the PD-L1 or PD-L2 proteins to prevent destruction by T cells by engaging PD-1 proteins on those cells, "expression" of PD-L1 or PD-L2 by cancer cells would be understood to refer to production of a detectable amount of PD-L1 or PD-L2 protein by the cancer cells.

58. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2016      By: _____

Ulrich von Andrian, M.D., Ph.D.