# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 14-1131-GMS <br> )    C.A. No. 15-560-GMS <br> )    C.A. No. 15-572-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL OF ENTIRE ACTIONS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned actions (including without limitation all claims and counterclaims asserted in the actions) are hereby dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorneys' fees to either party.

Dated: January 20, 2017

| | |
|---|---|
| /s/ Brian E. Farnan | /s/ Daniel M. Silver |
| Joseph J. Farnan, Jr. (Bar No. 100245) | Michael P. Kelly (#2295) |
| Brian E. Farnan (Bar No. 4089) | Daniel M. Silver (#4758) |
| Michael J. Farnan (Bar No. 5165) | Benjamin A. Smyth (#5528) |
| **FARNAN LLP** | McCARTER & ENGLISH, LLP |
| 919 N. Market St., 12th Floor | 405 N. King St., 8th Floor |
| Wilmington, DE 19801 | P.O. Box 111 |
| Tel: (302) 777-0300 | Wilmington, DE 19899 |
| Fax: (302) 777-0301 | (302) 984-6300 |
| farnan@farnanlaw.com | mkelly@mccarter.com |
| bfarnan@farnanlaw.com | dsilver@mccarter.com |
| mfarnan@farnanlaw.com | bsmyth@mccarter.com |

OF COUNSEL:
Dianne B. Elderkin
Steven D. Maslowski
Matthew A. Pearson
Angela Verrecchio
Jenna M. Pellecchia
Melissa R. Gibson
Jason E. Weil
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel.: (215) 965-1200
Fax: (215) 965-1210
delderkin@akingump.com
smaslowski@akingump.com
mpearson@akingump.com
averrecchio@akingump.com
jpellecchia@akingump.com
mgibson@akingump.com
jweil@akingump.com

Rachel Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
relsby@akingump.com

*Counsel for Plaintiffs Bristol-Myers Squibb Co., E. R. Squibb & Sons L.L.C., Ono Pharmaceutical Co., Ltd., and Tasuku Honjo*

OF COUNSEL:
David T. Pritikin
Lisa A. Schneider
David C. Giardina
Steven J. Horowitz
Leif E. Peterson II
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7359
dpritikin@sidley.com
lschneider@sidley.com
dgiardina@sidley.com
shorowitz@sidley.com
leif.peterson@sidley.com

Jeffrey P. Kushan
Fitz B. Collings
Lauren C. Cranford
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
jkushan@sidley.com
fcollings@sidley.com
lcranford@sidley.com

Todd L. Krause
Grace I. Chiang
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
tkrause@sidley.com
gchiang@sidley.com

Michael D. Hatcher
SIDLEY AUSTIN LLP
2001 Ross Avenue
Suite 3600
Dallas, Texas 75201
(214) 981-3300
mhatcher@sidley.com

David L. Anderson

**SIDLEY AUSTIN LLP**
555 California Street
Suite 2000
San Francisco, CA 94104
dlanderson@sidley.com

Cristina C. Arguedas
Raphael M. Goldman
**ARGUEDAS, CASSMAN & HEADLEY, LLP**
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000
arguedas@achlaw.com
goldman@achlaw.com

*Counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.*